PROB 12A
(10/24)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Joseph Santiamo

Cr.: 20-01047-001
PACTS #: 6239201

Name of Sentencing Judicial Officer:     THE HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/06/2021

Original Offense:    Count 1: Conspiracy To Distribute Controlled Substance, 21:846, a Class C Felony

Original Sentence: 57 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment - $100, Fine - $30,000 Financial Disclosure, New Debt
Restrictions, Mental Health Treatment, Occupational Restrictions

Type of Supervision: Supervised Release                    Date Supervision Commenced: 6/28/2024

### STATUS UPDATE

Mr. Santiamo commenced supervised release on June 28, 2024, in the Eastern District of New York and
has been supervised there without incident since that time.  Mr. Santiamo was enrolled in mental health
treatment by the probation office in ED/NY on September 20, 2024.  ED/NY has reported that Mr. Santiamo
has been in full compliance with his treatment and is approaching the completion of the program.  The
ED/NY probation office has requested the Court's approval to successfully discharge Mr. Santiamo from
the mental health treatment program.

U.S. Probation Officer Action:
The ED/NY probation office has indicated that Mr. Santiamo has been successful in his mental health
treatment program and our office concurs with their recommendation that he be permitted to be successfully
discharged.  The mental health treatment condition remains in place should any future need for treatment
arise.  ED/NY also advised that Mr. Santiamo has satisfied the $30,000 fine and special assessment fee and
has otherwise complied with all conditions of supervised release.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:   STEVEN ALFREY
Supervising U.S. Probation Officer

/ sa

Prob 12A – page 2
Joseph Santiamo

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  No Formal Court Action to be Taken at This Time

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☑  Mr. Santiamo is Permitted to be Successfully Discharged from Mental Health Treatment (as recommended by the Probation Office)

_____
Signature of Judicial Officer

8/11/25
_____
Date